

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO OPEN JUVENILE |
| VS. | ) | RECORDS |
| | ) | |
| Robert Alexander Norman | ) | DOCKET NO. CR 16-18-BLG-SPW |

Whereas the above-named defendant has been charged with committing the offense of Felon in Possession of a Firearm, in United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

Robert W. Warneke
United States Probation Officer

November 15, 2016
Date

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this _15th_ day of November, 2016, the release of requested records held by Pines Hills School; Gallatin County Juvenile Probation; Gallatin County Youth Court; Lewis and Clark County Juvenile Probation to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

Honorable Susan P. Watters
United States District Judge