FILED

 1  2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-18-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT ALEXANDER NORMAN, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, February 16, 2017 at <u>10:30 a.m.</u>, is **VACATED** and reset to commence on **Thursday, February 16, 2017 at <u>2:30 p.m.</u>** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 19th day of December, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1